# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2739

_____

VICTOR VAUGHAN REED,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 6, 2022


PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor Vaughan Reed, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.